

**FILED**

OCT 1 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

2:09-MJ-0281

)
)
[SEALED]                    ) MISC. NO.
)
_____)

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the attached documents [Complaint with attached affidavit and Arrest Warrant] entered herein and any associated material is hereby SEALED until the arrest of the defendant or further order of this Court (whichever is first). This shall not prevent the distribution of the complaint, affidavit, or arrest warrant to U.S. and foreign law enforcement personnel to secure the arrest of the defendant or for other law enforcement purposes.

DATED: September 30, 2009

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE