**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

**FILED**

MAR 18 2011


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: Amended Complaint    )    Case No. 2:09-MJ-0281 GGH
                            )
                            )    **UNDER SEAL**
                            )
                            )
_____)
                            )

S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Amended Criminal Complaint, Affidavit in Support of Amended Criminal Complaint, Arrest Warrant, and all the attachments thereto, are hereby ordered sealed until the arrest of the defendant or further order of this Court, whichever should occur first.  This order shall not prohibit law enforcement officials from disclosing these documents to other law enforcement officials inside or outside the U.S. for law enforcement purposes.

DATED: March 18, 2011

_____
DALE A. DROZD
U.S. MAGISTRATE JUDGE