BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
DANIEL S. McCONKIE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>SHIRAZ MALIK,<br><br>            Defendant. | **CASE NO. 2:11-CR-426 LKK**<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

Counsel for both parties hereby agree and request that the status conference presently scheduled for May 7, 2013, be rescheduled to June 11, 2013 at 9:15 a.m.  The reason for the request is that the parties are continuing to review the discovery to attempt to resolve a Sentencing Guideline issue that dramatically impacts the application of the Sentencing Guidelines.  Once that it done, it is likely that the case will either resolve relatively quickly or a motions and trial schedule will need to be set.

It is also requested that time under the Speedy Trial Act be excluded between and including May 7, 2013 to June 11, 2013 pursuant to 18 U.S.C. § 3161(h)(7)(factually complex case involving international drug trafficking with defendant then located in Pakistan and Poland, 40 count indictment

//

//

//

"[CLICK & Type Pleading name]"        1

including drug and money laundering charges, large volume of discovery including thousands of emails, recorded phone conversations and recorded undercover meetings in foreign countries).

Dated: May 3, 2013                                BENJAMIN B. WAGNER
                                                  United States Attorney

                                                   /s/ Richard J. Bender
                                                  RICHARD J. BENDER
                                                  Assistant United States Attorney

Dated: May 3, 2013                                 /s/ Alan R. Baum
                                                  ALAN R. BAUM
                                                  Attorney for Shiraz Malik

## ORDER

Upon consideration of the above stipulation the status conference in the above captioned case is continued to June 11, 2013 at 9:15 a.m., and that time is excluded pursuant to 3161(h)(7)(B)(ii)(complex case – unreasonable to expect adequate preparation for pretrial proceedings within the Speedy Trial time limits) between and including May 7, 2013 and June 11, 2013.   The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial in this case.

IT IS SO ORDERED.

Dated:  May  6, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

"[CLICK & Type Pleading name]"                    2