IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>SHIRAZ MALIK<br><br>                Defendants. | CASE NO.  Cr. 11-426 LKK<br><br><u>FINDINGS AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT</u> |

      A status conference was held on June 11, 2013. All parties were present. The government represented that the discovery associated with this case includes voluminous investigative reports and tens of thousands of emails. Douglas Beevers and Matthew Scoble of the Federal Defender's Office have recently substituted into the case as counsel for the defendant.

      The parties stipulated to the following schedule:

- Defense Motions due by 8/6/2013
- Government Response due by 8/27/2013
- Reply due by 9/17/2013
- Motion Hearing set for 9/24/2013 at 09:15 a.m.
- Trial Confirmation Hearing set for 10/16/2013 at 09:15 a.m.

1

- Jury Trial set for 11/13/2013 at 10:30 a.m.

Defense counsel desires additional time to conduct additional investigation and prepare for the jury trial. They believe that failure to grant a continuance under the Speedy Trial Act would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government has no objection to this request.

Based on the above-stated findings, the Court finds that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 11, 2013 and November 13, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (B)(iv) [Local Codes T2 and T4] because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED this 14th day of June, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT