1  BENJAMIN B. WAGNER
United States Attorney
2  RICHARD J. BENDER
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
United States of America

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 2:11-CR-426 LKK** |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SENTENCING** |
| v. | |
| SHIRAZ MALIK, | Date Requested: February 11, 2014 at 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

Counsel for both parties hereby agree and request that the defendant's sentencing, presently scheduled for January 22, 2014, be rescheduled to February 11, 2014 at 9:15 a.m. [Court interpreter is available.] The reason for the request is that defense counsel is preparing for, and then participating in a trial between January 13, 2014 until January 24, 2014 [<u>United States v. Jackson</u>, 2:11-CR-54]. Following those dates, February 11, 2014 was the next available date for the interpreter. Given the complex nature of the present case, it is expected that the parties will be submitting somewhat extensive sentencing memoranda and the government will be filing a response to the defendant's (already filed) objections to the PSR. Additionally, defense counsel needs time to consult with and prepare the defendant for sentencing. The parties also request the Court order that formal objections to the PSR and any sentencing memoranda on or before February 4, 2014.

//

Stipulation/Order Continuing Sentencing        1

[<u>U.S. v. Shiraz Malik</u> - request for continuance of sentencing (cont.)]

| | |
|---|---|
| Dated: January 14, 2014 | BENJAMIN B. WAGNER<br>United States Attorney<br><br> /s/ Richard J. Bender<br>RICHARD J. BENDER<br>Assistant United States Attorney |
| Dated: January 14, 2014 | __/s/ Douglas Beevers (by RJB)___<br>DOUGLAS BEEVERS<br>Attorney for Shiraz Malik |

**ORDER**

IT IS SO ORDERED.

This 16th day of January, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation/Order Continuing Sentencing              2