1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | **CASE NO.  2:11-CR-426 LKK**
12 |                       Plaintiff, | **STIPULATION AND ORDER CONTINUING DUE DATE OF SENTENCING FILINGS**
13 |              v.                  |
14 | SHIRAZ MALIK,                    | Date: February 20, 2014 at 9:15 a.m.
   |                                  | Judge: Hon. Lawrence K. Karlton
15 |                       Defendant. |

16

17

18     The Court on it's own motion recently continued the sentencing in the above matter from

19 February 11th to February 20, 2014 at 9:15.  Given that, counsel for both parties request the Court order

20 that the due date for the government's response to the formal objections to the PSR and any sentencing

21 memoranda from either party be extended from February 4, 2014, to February 14, 2014, to allow the

22 parties addition time to prepare and file their pleadings.

23

24                                        BENJAMIN B. WAGNER
   Dated: February 3, 2014              United States Attorney
25

26                                         /s/ Richard J. Bender
                                          RICHARD J. BENDER
27                                        Assistant United States Attorney

28

   Stipulation/Order Continuing Sentencing Filings        1

[U.S. v. Shiraz Malik - request for continuance of sentencing filings (cont.)]

Dated: February 3, 2014                         /s/ Douglas Beevers (by RJB)
                                                DOUGLAS BEEVERS
                                                Attorney for Shiraz Malik

**ORDER**

IT IS SO ORDERED.

This 4th day of February, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT